*Watson & Pasco, A. W. Weeks, Myers & Myers* and *Obie Crocker,* for Appellants;

*H. H. Wells* and *Price & Carter,* for Appellees.

---

W. J. McNeal, Plaintiff in Error, v. The State of Florida, Defendant in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Holmes.

Writ of Error dismissed on motion of counsel for plaintiff in error.

*J. A. J. Hathaway,* for Plaintiff in Error;

No appearance for Defendant in Error.

---

R. E. Wheeler, James D. Burbridge, E. E. West, B. S. Catlett, Tom R. Todd, Charles Blum Company, O. L. Wadsworth and Robert W. Sim's, Appellants, v. L. L. Meggs, et al., as the Board of County Commissioners of Duval County, Florida, and Frank M. Ironmonger as Supervisor of Registration of Duval County, Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of Duval.

Appeal dismissed on motion of counsel for appellants.

*Alex St. Clair-Abrams,* for Appellants;

*Don Register, A. W. Cockerell, F. P. Fleming, H. P. Adair* and *Frank E. Jennings,* for Appellees.

---

The State of Florida, ex rel., R. E. Wheeler, James D. Burbridge, E. E. West, B. S. Catlett, Tom R. Todd, Charles Blum Company, O. L. Wadsworth and Robert W. Simms, Plaintiffs in Error, v. L. L. Meggs, et al., as County Commissioners of Duval County, Florida, Defendants in Error.

A Writ of Error to a Judgment of the Circuit Court within and for the County of Duval.

Writ of Error dismissed on motion of counsel for plaintiffs in error. ·

*Alex St. Clair-Abrams,* for Plaintiffs in Error;

*Don Register, A. W. Cockerell, F. P. Fleming, H. P. Adair* and *Frank E. Jennings,* for Defendants in Error.